IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv359

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| APPROXIMATELY 1439 SABRE ) | |
| DEFENCE INDUSTRIES M16, A2, A3, ) | |
| A4 5.56 CALIBER MACHINE GUNS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

Claimants Sabre Defence Industries, Inc. ("Sabre") and Manroy USA, LLC ("Manroy") both submitted *pro se* Claims and Answers in this case. The Claims and Answers for Sabre and Manroy were submitted by Jerrad Besch and Milton Glenn, the Chairman and President/COO of Sabre and Manroy. Neither appears to be an attorney licensed to practice in this Court.

It is well settled that a corporation may not appear in federal court pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02, 113 S. Ct. 716 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through

-1-

licensed counsel."); MR Crescent City, LLC v. TJ Biscayne Holdings LLC, 515 F. App'x 198 (4th Cir. 2013) (unpublished).  Accordingly, the Court **STRIKES** the *Pro Se* Claims [# 7 & # 8] and the *Pro Se* Answers [# 10 & #11].  Sabre and Manroy shall have ten (10) days from the entry of this Order to obtain counsel licensed to practice in this Court to appear on their behalf.  This Court, however, will not allow either corporation to appear *pro se* in this Court.

Signed: January 6, 2017

Dennis L. Howell
United States Magistrate Judge