# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16-cv-359

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Approximately 1439 Sabre Defence )<br>Industries M16 A2, A3, and A4 5.56 caliber )<br>machine guns, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on David A. Lloyd's Application for Admission to Practice *Pro Hac Vice* of Lisa M. Rosado. It appearing that Lisa M. Rosado is a member in good standing with the State Bars of Tennessee and Florida and will be appearing with David A. Lloyd, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that David A. Lloyd's Application for Admission to Practice Pro Hac Vice (#14) of Lisa M. Rosado is **GRANTED**,

and that Lisa M. Rosado is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with David A. Lloyd.

Signed: January 10, 2017

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge