# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-359

| | |
|---|---|
| UNITED STATES OF AMERICA,     )  <br>                                    )  <br>        Plaintiff,            )  <br>                                    )  <br> vs.                                    )  <br>                                    )  <br> **Approximately 1439 Sabre Defence**   )  <br> **Industries M16 A2, A3, and A4 5.56 caliber**  )  <br> **machine guns, et al.,**                 )  <br>                                    )  <br>        Defendants.        )  <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on David A. Lloyd's Application for Admission to Practice *Pro Hac Vice* of Michael B. Schwegler.  It appearing that Michael B. Schwegler is a member in good standing with the State Bar of Tennessee and will be appearing with David A. Lloyd, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that David A. Lloyd's Application for Admission to Practice Pro Hac Vice (#16) of Michael B. Schwegler is

**GRANTED**, and that Michael B. Schwegler is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with David A. Lloyd.

Signed: January 10, 2017

Dennis L. Howell
United States Magistrate Judge