IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv359

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) ORDER<br>APPROXIMATELY 1439 SABRE )<br>DEFENCE INDUSTRIES M16 A2, A3, )<br>and A4 5.56 caliber machine guns, et al., )<br>)<br>)<br>Defendants. )<br>_____ ) | |

Claimants Sabre Defence Industries, Inc. ("Sabre") and Manroy USA, LLC ("Manroy") both submitted *pro se* Clams and Answers in this Case. The Claims and Answers were submitted by Chairman and President/COO of Sabre and Manroy. Neither individual, however, was an attorney licensed to practice in this Court. Accordingly, the Court entered an Order striking the *pro se* Claims and Answers. (Order, Jan. 6, 2017, ECF No. 15.) The Court granted Sabre and Manroy ten days to obtain counsel. Subsequently, the Court granted Manroy and Sabre a thirty day extension of time to obtain counsel. (Order, Jan. 25, 2017, ECF No. 24.)

Over two months have now transpired since the Court entered its Order striking the claims and answers and directing Manroy and Sabre to obtain counsel. Neither corporation, however, has complied with the Court's Orders; counsel has not appeared on behalf of either corporate entity. Accordingly, the Court **DIRECTS** the Clerk to **REMOVE** Manroy USA, LLC and Sabre Defence Industries Inc. as Claimants in this action. This case will proceed with Zeta Capital Limited as the sole claimant.

Signed: March 16, 2017

Dennis L. Howell
United States Magistrate Judge