IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv359

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) APPROXIMATELY 1439 SABRE ) DEFENCE INDUSTRIES M16 A2, A3, ) and A4 5.56 caliber machine guns, et al., ) ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Motion to Stay [# 28]. On June 6, 2017, the Court held a hearing on the Motion. For the reasons stated by the Government in both its Motion to Stay and at the hearing, the Court finds that staying this case for ninety days pending the completion of the criminal proceedings is appropriate in this case. Accordingly, the Court **GRANTS** the Motion to Stay [# 28] and **STAYS** this case for ninety (90) days.

Signed: June 12, 2017

_____
Dennis L. Howell
United States Magistrate Judge