# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv359

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| APPROXIMATELY 1439 SABRE ) | |
| DEFENCE INDUSTRIES M16 A2, A3, ) | |
| and A4 5.56 caliber machine guns, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Government's Second Motion to Stay [# 36]. For the reasons stated by the Government in its Second Motion to Stay, the Court finds that staying this case for sixty days pending the completion of the criminal proceedings is appropriate in this case. Accordingly, the Court **GRANTS** the Second Motion to Stay [# 36] and **STAYS** this case for sixty (60) days from September 10, 2017, to **November 9, 2017**.

Signed: November 2, 2017

Dennis L. Howell
United States Magistrate Judge