# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:16 cv 359

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| APPROXIMATELY 1439 SABRE ) | |
| DEFENCE INDUSTRIES M16 A2, A3, ) | |
| and A4 caliber machine guns, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On November 2, 2017, the Court stayed this case until November 9, 2017 [# 39]. The Court now believes that this case is ready for the entry of a Pretrial Order. The Court **DIRECTS** the Parties to submit an updated Initial Attorney's Conference Report two (2) weeks from the entry of this Order.

Signed: December 7, 2017

Dennis L. Howell
United States Magistrate Judge