# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 359

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| APPROXIMATELY 1439 SABRE ) | |
| DEFENCE INDUSTRIES M16 A2, A3, ) | |
| and A4 caliber machine guns, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before the Court is the Government's Third Motion to Stay [# 44]. Upon review of the Motion and the Response in Opposition [# 45], the Court finds the Government has not provided a compelling reason for a *third* stay.

Accordingly, the Court **DENIES** the Motion [# 44].

Signed: May 31, 2018

Dennis L. Howell
United States Magistrate Judge