# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00359-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| APPROXIMATELY 1439 SABRE ) | |
| DEFENCE INDUSTRIES M16 A2, A3, ) | |
| and A4 5.56 CALIBER MACHINE ) | |
| GUNS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 58].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 58] is **GRANTED**, and the machinegun identified as Ramo .50 caliber M-2, Serial number 003401 is hereby **DISMISSED** from this action.

**IT IS SO ORDERED.**

Signed: September 25, 2018

Martin Reidinger
United States District Judge